IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CLEAR STREET LLC,

    Plaintiff,

v.

LIMINATUS PHARMA, INC.,

    Defendant.

Case No. 1:25-cv-05504

## [PROPOSED] DEFAULT JUDGMENT ORDER

This action having been commenced on July 2, 2025 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant, Liminatus Pharma, Inc., on July 8, 2025 by serving Liminatus Pharma Inc.'s registered agent for service of process, Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808, and a proof of service having been filed on July 8, 2025 and the Defendant having not answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUGED AND DECREED:** That Plaintiff Clear Street LLC have judgment against Defendant Liminatus Pharma, Inc. in the amount of $7,553,188.43 with interest at the per diem rate of (i) $1,494.05 per day from June 5, 2025 and (ii) an additional $368.38 per day from June 25, 2025 until ~~the judgment is paid in full~~ to day, for a total interest amount of $177,012.97, plus post-judgment interest pursuant to 28 U.S.C. § 1961, until the judgment is satisfied.

Dated: New York, New York
    September 11, 2025

The Honorable Denise L. Cote
United States District Court Judge

CERTIFIED AS A TRUE COPY ON
THIS DATE 10/16/2025
BY _____
( ) Clerk
(✓) Deputy